**Order entered February 7, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00790-CR

**JEREMY WAYNE MILLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-72093-U**

## ORDER

Because the reporter's record was past due, we ordered court reporter Yolanda Atkins not to sit until the complete reporter's record was filed. Five days later, Ms. Atkins filed five volumes of reporter's record. The record filed contains numerous errors, including multiple instances of "short hand" instead of correct English transcription of the trial. In addition, Ms. Atkins did not file any of the exhibits offered and admitted at trial.

We **ORDER** court reporter Yolanda Atkins to file, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, a corrected reporter's record that (1) has been thoroughly proofed and (2) has true and correct copies of all exhibits admitted at trial. **We will not vacate our January 29, 2020 order (ordering that Yolanda Atkins not sit as a court reporter) until she has filed a corrected and complete reporter's record in this appeal.**

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Huff, Presiding Judge, 291st Judicial District Court; Yolanda Atkins, court reporter, 291st Judicial District Court; to the Dallas County Auditor's Office and to counsel for all parties.


/s/     BILL PEDERSEN, III
        JUSTICE